# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

ALI ALADIMI,
    Plaintiff,

-vs-                                        Case No.  1:09-CV-398

HAMILTON COUNTY JUSTICE CENTER,
    Defendant.

## JUDGMENT IN A CIVIL CASE

|   |   |   |
|---|---|---|
|   | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

that the Report and Recommendation (doc. 46) of the Magistrate Judge is ADOPTED. Plaintiff's First Amended Complaint is dismissed sua sponte. To the extent that any of Plaintiff's claims are construed to survive initial screening, Defendant Daniel Buzek's Motion to Dismiss (doc. 23), Defendant Hamilton County Justice Center's Motion to Dismiss (doc. 32), and the Motion for Judgment on the Pleadings of Defendants McElroy, Reed, and Moore (doc. 35) are GRANTED. Plaintiff's Motion for Leave to Amend the Complaint (doc. 36) is DENIED. This matter is CLOSED.

Date:  February 17, 2012                            JAMES BONINI, CLERK

                                                                             By: s/Emily Bromwell Hiltz

                                                                             Emily Bromwell Hiltz,  Deputy Clerk